THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL
SHORT, Appellant, v. THE WARDEN OF THE CITY
PRISON, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*People ex rel. Short* v. *Warden of City Prison*, 145 App. Div. 861,
affirmed.

(Submitted June 3, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
July 7, 1911, which reversed an order of Special Term
sustaining a writ of habeas corpus, dismissed said writ
and remanded the relator to custody.

*Benjamin Rich* for appellant.

*Charles S. Whitman, District Attorney,* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

In the Matter of the Review of the Action of the Com-
mittee which Designated JOHN ANDERSON, JR., as a
Candidate for Member of the Democratic State Com-
mittee in the Thirty-third Senatorial District.
DANIEL J. FINN, Appellant; JOHN B. TROMBLEY,
Respondent.

*Matter of Trombley,* 150 App. Div. 14, appeal dismissed.
(Argued June 3, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 20, 1912, which reversed an order of Special Term
denying the application in the above-entitled proceeding,
granted said application and adjudged the designation
sought to be reviewed illegal and void.